**WO**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Juan F. Mendoza and Esther Mendoza, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Shaw Industries Group, Inc., formerly Shaw Industries, Inc., a George corporation, Tami Ramos and John Doe Ramos, husband and wife; Marcos Gil and Jane Doe Gil, husband and wife; Manuel Romero and Jane Doe Romero, husband and wife; Tonya Tucker and John Doe Tucker, husband and wife; John Does 1-5; Jane Does 1-5; ABC Companies 1-5, XYZ Corporations 1-5,<br><br>Defendants. | No. CV-05-3742-PHX-ROS<br><br>**ORDER** |

This Court having reviewed the Joint Motion to Continue Settlement Conference by the parties (docket #24), and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Settlement Conference currently scheduled for September 20, 2006 at 2:00 p.m., is hereby vacated and rescheduled to **Thursday, November 16, 2006 at 2:00 p.m.**

**IT IS FURTHER ORDERED** affirming all orders contained within this Courts Order Setting Settlement Conference (docket #23) other than the date and time of the Settlement Conference.

DATED this 15th day of September, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge