**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan F. Mendoza and Esther Mendoza, husband and wife,<br><br>  Plaintiffs,<br><br>vs.<br><br>Shaw Industries Group, Inc., formerly Shaw Industries, Inc., a Georgia Corporation; Tami Ramos and John Doe Ramos, husband and wife; Marcos Gil and Jane Doe Gil, husband and wife; Manuel Romero and Jane Doe Romero, husband and wife; Tonya Tucker and John Doe Tucker, husband and wife,<br><br>  Defendants. | No. CV-05-3742-PHX-ROS<br><br>**ORDER** |

Due to a conflict in this Court's calendar and on the Court's own motion,

**IT IS ORDERED** that the Settlement Conference currently scheduled for Thursday, November 16, 2006 at 2:00 p.m. is hereby vacated and rescheduled to **Friday, November 17, 2006 at 1:30 p.m.**

**IT IS FURTHER ORDERED** affirming all orders contained within this Court's Order Setting Settlement Conference (docket #23) except for the date and time of the Settlement Conference.

DATED this 23rd day of October, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge